THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRESIDIO GROUP, LLC, a Washington limited liability company, et. al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GMAC MORTGAGE, LLC, a Pennsylvania limited liability company, et. al.,<br><br>　　　　　Defendant. | Case No.: 08-05298 RBL<br><br>ORDER DENYING MOTION FOR RICO CASE STATEMENT |

　　Pending before the Court is Plaintiff's Motion for Entry of a RICO Case Statement (Dkt. #33). The motion is **DENIED**.

　　Dated this 16th day of July, 2008

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE