1                                                  The Honorable Ronald B. Leighton

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| PRESIDIO GROUP, LLC, a Washington limited liability company; et. al., <br><br>                           Plaintiffs, <br> v. <br><br> GMAC MORTGAGE, LLC, a Pennsylvania limited liability company; et. al., <br><br>                           Defendants. | NO. 08-05298-RBL <br><br> **STIPULATION AND ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT MARK SCHALLER** |

This matter having come before the court on the stipulation of the parties for the entry of an order dismissing all of plaintiffs' claims and all defendants' cross-claims that have been asserted or could be asserted against defendant Mark Schaller in this action; the court having considered the execution of this agreed order by the parties, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. All of plaintiffs' claims and all defendants cross-claims that have been asserted or could be asserted against defendant Mark Schaller in this action, are hereby dismissed without prejudice and without any award of attorney's fees or costs to any party;

2. In the event that plaintiffs determine, after further discovery, that there exist facts which support a claim by plaintiffs against defendant Mark Schaller, plaintiffs may apply

STIPULATION AND ORDER OF DISMISSAL
OF CLAIMS AGAINST DEFENDANT MARK
SCHALLER - 1

08-05298RBL

**DAVID S. KERRUISH, P.S.**
7016 – 35th AVENUE NE
SEATTLE, WASHINGTON 98115-5917
(206) 386-4710  FAX: (206) 522-4719

to this court for an order adding Mark Schaller as an additional defendant in this case, provided that such request is made by plaintiffs to the court not less than ninety (90) days prior to the date upon which the court requires that all discovery be completed in this matter, and that upon addition of Mark Schaller as a defendant, plaintiff shall supply to Schaller all discovery provided to all other parties in the litigation;

3. Schaller, who has stipulated to the entry of this order, will make himself available for a deposition by any party in the case without personal service of process on two (2) weeks' notice to his counsel, David S. Kerruish, at a time and in a location determined by the parties consistent with the FRCP.

4. Within thirty (30) days of the date of this order, Schaller shall supply to the parties copies of documents within his possession and control related to the claims of plaintiffs in this action, without the need for submission of any discovery requests, subject to attorney-client privilege and work product objections consistent with the FRCP which may be raised by Schaller when the documents are supplied.

5. In the event that any claim of plaintiffs or cross claim of defendants against GMAC Mortgage, LLC, ("GMACM") is dismissed with prejudice, such dismissal shall, without further application to the court by GMACM or Schaller, change the dismissal of Schaller contained in this order to a dismissal with prejudice in regard to the same claim.

Dated this 22nd day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
OF CLAIMS AGAINST DEFENDANT MARK
SCHALLER - 2

08-05298RBL

**DAVID S. KERRUISH, P.S.**
7016 – 35th AVENUE NE
SEATTLE, WASHINGTON 98115-5917
(206) 386-4710  FAX: ( 206) 522-4719

Stipulated to, approved for entry, notice of presentation waived:

DAVID S. KERRUISH, P.S.

By /s/　David S. Kerruish
　　David S. Kerruish, WSBA No. 11090
　　Attorney for Defendant Mark Schaller

LAW OFFICES OF DEAN BROWNING WEBB

By /s/　Dean Browning Webb
　　Dean Browning Webb, WSBA No. 10735
　　Attorney for Plaintiffs

BISHOP, WHITE & MARSHALL, P.S.

By /s/　Erin M. Stines for
　　Ann T. Marshall, WSBA No. 23533
　　Attorneys for Defendant GMAC Mortgage

By /s/　Erin M. Stines
　　Erin M. Stines, WSBA No.
　　Attorneys for Defendant GMAC Mortgage

FORSBERG & UMLAUF, P.S.

By /s/　John F. Jenkel
　　John Forsythe Jenkel, WSBA No. 16085
　　Patrick G. Middleton, WSBA No. 12113
　　Attorneys for F. James Mayhew

RANDALL L. STEWART

By /s/　Randall L. Stewart
　　Randall L. Stewart, WSBA No. 4620
　　Attorneys for Richard and Claire Cano

0858 001 gi190201 9/22/08

STIPULATION AND ORDER OF DISMISSAL
OF CLAIMS AGAINST DEFENDANT MARK
SCHALLER - 3

08-05298RBL

**DAVID S. KERRUISH, P.S.**
7016 – 35th AVENUE NE
SEATTLE, WASHINGTON 98115-5917
(206) 386-4710  FAX: ( 206) 522-4719