The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRESIDIO GROUP, LLC, a Washington limited liability company; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC, a Pennsylvania limited liability company; et. al.,<br><br>Defendants. | NO. 08-05298-RBL<br><br>ORDER GRANTING GMACM'S MOTION FOR ENTRY OF FINAL JUDGMENT |

THIS MATTER having come before the Court upon Defendants' GMAC Mortgage, LLC, and General Motors Acceptance Corporation's ("GMACM") Motion for Entry of Final Judgment and the Court having reviewed the motion and the pleadings and files herein, and having considered itself fully advised, this Court hereby expressly determines that all claims concerning GMACM have been resolved and there is no just reason for delay in entering final judgment in favor of GMACM.

The Court, otherwise being fully informed, hereby ORDERS as follows:

(1) GMACM's Motion for Entry of Final Judgment is GRANTED; and

ORDER GRANTING GMACM'S MOTION FOR
ENTRY OF FINAL JUDGMENT – 1

08-05298RBL

BISHOP, WHITE, & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

(2) The Order Granting GMACM's Motion to Dismiss [Dkt. #64] is a final judgment in favor of GMACM.

Dated this 2nd day of February, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING GMACM'S MOTION FOR
ENTRY OF FINAL JUDGMENT – 1

08-05298RBL

BISHOP, WHITE, & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354