| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Presidio Group LLC, a Washington limited liability company, et. al., | Case No. C08-05298RBL |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| Richard Cano, et. al., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiffs' Motion for Summary Judgment against Defendants Richard and Claire Cano (collectively "Canos"). [Dkt. # 66]. The Canos have appeared in this case, but have not otherwise defended, and have not responded to the Plaintiffs' Motion.

The Canos are debtors in a pending bankruptcy proceeding before Judge Snyder. (Case number 06-42615). A subset of the Plaintiffs in this case (the Kauhis) previously sought and obtained Relief from Stay to commence a lawsuit in Clark County Superior Court on state law claims. [*See* Dkt. # 35 in the Cano bankruptcy]. However, the parties, forum, and scope of Plaintiffs' current federal lawsuit against the Canos are not identical to the claims they previously pursued in state court, with permission of the bankruptcy court.

ORDER
Page - 1

1  *See* Judge Snyder's Order Granting Relief from Stay, August 31, 2007. [Dkt. # 57 in Cano bankruptcy].

All Plaintiffs are therefore ORDERED to SHOW CAUSE within five business days from the date of this Order, in a two page maximum, appropriately punctuated, footnote-free memorandum, that they have obtained relief from the automatic stay and should be permitted to proceed against the Canos in this litigation.

Dated this 6th day of May, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE