HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRESIDIO GROUP, LLC, a Washington limited liability company; et al,

Plaintiffs,

v.

GMAC MORTGAGE, LLC, a Pennsylvania limited liability company; et al,

Defendants.

Case No. C08-5298RBL

ORDER ESTABLISHING DAMAGES AND DIRECTING ENTRY OF JUDGMENT

THIS MATTER comes before the Court Following the Court's entry of summary Judgment in Presidio's favor [Dkt. #84], and following Plaintiff Presidio's Response to the Court's Request for additional evidence of damage. [Dkt. #85]. The Court has reviewed that evidence and will enter judgment FOR Plaintiffs Presidio Group LLC, a Washington limited liability company, Presidio Group International, LLC, a Washington unincorporated business entity, and Jameson Kealii Kauhi and Ramona Carmelle Kauhi, both individually and upon behalf of their community property marital estate, and AGAINST Defendant Darmstad Clearing & Contracting, Ltd., a foreign corporation, as follows:

Actual damages: $82,000.00, Trebled per RICO §1964(c):    $246,000.00

Attorneys' Fees per RICO §1964(c):    $61,500.00

Costs    $350.00

**TOTAL JUDGMENT AMOUNT**    **$307,850.00**

The Judgment shall earn interest at the federal statutory rate.

IT IS SO ORDERED this 25th day of September, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1